IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　**Crim. Action No.: 2:21-CR-26-2**
　　　　　　　　　　　　　　　　　　**(Judge Kleeh)**

**CHEYENNE MARYKATHERINE WINNING,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 95], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On February 4, 2022, the Defendant, Cheyenne MaryKatherine Winning ("Winning"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count Two of the Indictment, charging her with Distribution of Methamphetamine Aiding and Abetting, in violation of Title 18 U.S.C. § 2 and Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

This Court referred Winning's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted. Winning stated that she understood that the magistrate judge is

**USA v. WINNING** 2:21-CR-26

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 95], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

not a United States District Judge, and Winning consented to pleading before the magistrate judge.

Based upon Winning's statements during the plea hearing and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Winning was competent to enter a plea, that the plea was freely and voluntarily given, that she understood the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [ECF No. 95] finding a factual basis for the plea and recommending that this Court accept Winning's plea of guilty to Count Two of the Indictment.

The magistrate judge **remanded** Winning to the custody of the United States Marshals Service. On February 8, 2022, by Order of the Court, Winning was **released** to treatment. [ECF No. 97].

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a

2

**USA v. WINNING**                                                           2:21-CR-26

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 95], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

judgment of this Court based on the R&R.  Neither Winning nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [ECF No. 95], provisionally **ACCEPTS** Winning's guilty plea, and **ADJUDGES** her **GUILTY** of the crime charged in Count Two of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Winning, and prepare a presentence investigation report for the Court;

2. The Government and Winning shall each provide their narrative descriptions of the offense to the Probation Officer by **March 9, 2022**;

3. The presentence investigation report shall be disclosed to Winning, her counsel, and the Government on or before **April 25, 2022**; however, the Probation Officer shall not disclose any

**USA v. WINNING**                                                          2:21-CR-26

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 95], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence investigation report on or before **May 9, 2022;**

5. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **May 30, 2022;** and

6. Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **July 7, 2022.**

The Court further **ORDERS** that prior to sentencing, Winning's counsel shall review with her the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Winning on **July 21, 2022,** at **11:30 A.M.,** at the **Elkins, West Virginia,** point of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the

4

**USA v. WINNING**                                                                2:21-CR-26

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 95], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

**DATED:** March 2, 2022

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE

5